AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| COFFMAN, JENNIFER B. | E.D. AND W.D/KY | 05/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination Date<br>☐ Initial ☐ Annual ☑ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

306 US COURTHOUSE
101 BARR STREET
LEXINGTON, KY 40588-2228

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | SELF-EMPLOYED DENTIST |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. KENTUCKY TAX FREE INCOME SERIES | A | Dividend | J | T | | | | | |
| 2. IRA # 3 (CENTRAL BANK) | | | | | | | | | |
| 3. -CASH BALANCE IN IRA | | None | J | T | | | | | |
| 4. -COLUMBIA ACORN SMALL CAP FUND Z | A | Dividend | J | T | Buy (add'l) | 02/22/12 | J | | |
| 5. | | | | | Sold (part) | 04/11/12 | J | A | |
| 6. | | | | | Sold (part) | 07/25/12 | J | | |
| 7. | | | | | Sold (part) | 11/16/12 | J | A | |
| 8. -MATTHEWS PACIFIC TIGER | A | Dividend | K | T | Sold (part) | 02/13/12 | J | A | |
| 9. | | | | | Buy (add'l) | 04/10/12 | J | | |
| 10. | | | | | Sold (part) | 11/16/12 | J | B | |
| 11. -WILLIAMS SONOMA INC COM | A | Dividend | J | T | | | | | |
| 12. -GSCI COMMODITY STRATEGY INST FUND | A | Dividend | | | Buy (add'l) | 04/11/12 | J | | |
| 13. | | | | | Sold (part) | 11/06/12 | J | | |
| 14. | | | | | Sold (part) | 11/06/12 | J | | |
| 15. | | | | | Sold | 11/06/12 | K | | |
| 16. -FEDERATED TOTAL RETURN BOND FUND | A | Dividend | K | T | Buy (add'l) | 02/22/12 | J | | |
| 17. | | | | | Buy (add'l) | 11/13/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -SCHRODER EMERGING MARKET EQUITY FUND | A | Dividend | K | T | Sold (part) | 02/13/12 | J | A | |
| 19. | | | | | Buy (add'l) | 04/11/12 | J | | |
| 20. | | | | | Sold (part) | 11/13/12 | J | B | |
| 21. -VANGUARD INDEX FDS REIT #986 | A | Dividend | K | T | Buy (add'l) | 02/24/12 | J | | |
| 22. | | | | | Sold (part) | 11/16/12 | J | A | |
| 23. -FEDERATED MAX-CAP INDEX INSTITUTIONAL #39 | B | Dividend | L | T | Buy (add'l) | 02/13/12 | J | | |
| 24. | | | | | Buy (add'l) | 02/22/12 | J | | |
| 25. | | | | | Sold (part) | 04/11/12 | J | A | |
| 26. | | | | | Sold (part) | 07/25/12 | J | A | |
| 27. | | | | | Sold (part) | 11/13/12 | J | B | |
| 28. -FEDERATED PRIME OBLIGATION MONEY MKY | A | Dividend | J | T | | | | | |
| 29. -FIDELITY ADVISOR FLOATING RATE HIGH INCOME | A | Dividend | | | Buy (add'l) | 02/22/12 | J | | |
| 30. | | | | | Sold (part) | 11/06/12 | J | A | |
| 31. | | | | | Sold (part) | 11/06/12 | J | A | |
| 32. | | | | | Sold | 11/06/12 | J | A | |
| 33. -PANDORA MEDIA INC | | None | J | T | | | | | |
| 34. -BLACKROCK HIGH YIELD BOND FD | A | Dividend | J | T | Buy (add'l) | 11/13/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -COLUMBIA FLOATING RATE Z | A | Dividend | J | T | Buy | 11/06/12 | J | | |
| 36. | | | | | Buy (add'l) | 11/13/12 | J | | |
| 37. -GOLDMAN SACHS EMERGING MKT DEBT FUND | A | Dividend | J | T | Buy | 11/13/12 | J | | |
| 38. -TROWE PRICE MID CAP GROWTH #64 | A | Dividend | K | T | Buy | 02/13/12 | J | | |
| 39. | | | | | Buy (add'l) | 02/22/12 | J | | |
| 40. | | | | | Sold (part) | 07/25/12 | J | A | |
| 41. | | | | | Sold (part) | 11/13/12 | J | B | |
| 42. -MANAGED FUTURES | | None | K | T | Buy | 07/25/12 | J | | |
| 43. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 44. -LEXINGTON KEYSTONE MANAGED FUTURES FUND | | None | K | T | Buy | 11/26/12 | J | | |
| 45. WESLEY COFFMAN DMD 401(K) PROFIT SHARING PLAN (CENTRAL BANK) | | | | | | | | | |
| 46. -CASH BALANCE IN WESLEY COFFMAN DMD 401(K) PSP CENTRAL BANK | | None | J | T | | | | | |
| 47. -COLUMBIA ACORN SMALL CAP | A | Dividend | J | T | Sold (part) | 04/09/12 | J | A | |
| 48. -MATTHEWS PACIFIC TIGER | A | Dividend | J | T | Sold (part) | 02/10/12 | J | A | |
| 49. | | | | | Sold (part) | 04/09/12 | J | A | |
| 50. | | | | | Sold (part) | 12/04/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51.  -FEDERATED TOTAL RETURN BOND FUND | D | Dividend | L | T | Sold (part) | 01/30/12 | J | A | |
| 52. | | | | | Sold (part) | 02/29/12 | J | A | |
| 53. | | | | | Sold (part) | 04/02/12 | J | A | |
| 54. | | | | | Sold (part) | 04/30/12 | J | A | |
| 55. | | | | | Sold (part) | 05/29/12 | J | A | |
| 56. | | | | | Sold (part) | 07/03/12 | J | A | |
| 57. | | | | | Sold (part) | 07/31/12 | J | A | |
| 58. | | | | | Sold (part) | 09/05/12 | J | A | |
| 59. | | | | | Sold (part) | 10/03/12 | J | A | |
| 60. | | | | | Sold (part) | 10/10/12 | J | A | |
| 61. | | | | | Sold (part) | 11/09/12 | K | A | |
| 62. | | | | | Sold (part) | 12/04/12 | J | A | |
| 63.  -GSCI COMMODITY STRATEGY INST FUND | A | Dividend | | | Sold | 11/05/12 | J | | |
| 64.  -SCHRODER EMERGING MARKET EQUITY FUND | A | Dividend | J | T | Sold (part) | 02/10/12 | J | A | |
| 65.  -VANGD INDEX REIT 986 | A | Dividend | J | T | Sold (part) | 04/09/12 | J | A | |
| 66.  -FEDERATED MAX-CAP INDEX INSTITUTIONAL #39 | C | Dividend | K | T | Sold (part) | 01/30/12 | J | A | |
| 67. | | | | | Sold (part) | 04/02/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Sold (part) | 04/09/12 | J | A | |
| 69. | | | | | Sold (part) | 04/30/12 | J | A | |
| 70. | | | | | Sold (part) | 05/29/12 | J | A | |
| 71. | | | | | Sold (part) | 07/25/12 | J | A | |
| 72. | | | | | Sold (part) | 09/05/12 | J | A | |
| 73. | | | | | Sold (part) | 10/10/12 | J | A | |
| 74. | | | | | Sold (part) | 12/04/12 | J | A | |
| 75. | | | | | Buy (add'l) | 02/10/12 | J | | |
| 76. -FEDERATED PRIME OBLIGATION MONEY MARKET | A | Dividend | J | T | Buy (add'l) | 12/31/12 | J | | |
| 77. -FIDELITY ADVISOR FLOATING RATE HIGH INCOME | B | Dividend | | | Buy (add'l) | 04/09/12 | J | | |
| 78. | | | | | Sold (part) | 04/02/12 | J | A | |
| 79. | | | | | Sold (part) | 10/03/12 | J | A | |
| 80. | | | | | Sold (part) | 10/10/12 | J | A | |
| 81. | | | | | Sold | 11/05/12 | K | B | |
| 82. -BLACKROCK HIGH YIELD | A | Dividend | K | T | Buy | 11/09/12 | K | | |
| 83. | | | | | Sold (part) | 12/04/12 | J | A | |
| 84. -COLUMBIA FLOATING Z | A | Dividend | K | T | Buy | 11/05/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | Sold (part) | 11/09/12 | J | | |
| 86. | | | | | Sold (part) | 12/04/12 | J | | |
| 87.   -GOLDMAN SACHS EMERGING MKT DEBT FUND | | | K | T | Buy | 11/09/12 | K | | |
| 88.   -T ROWE PRICE MID CAP GROWTH FUND #64 | A | Dividend | J | T | Buy (add'l) | 02/10/12 | J | | |
| 89. | | | | | Sold (part) | 04/09/12 | J | A | |
| 90. | | | | | Sold (part) | 07/25/12 | J | A | |
| 91.   -361 MANAGED FUTURES | A | Dividend | J | T | Buy | 07/25/12 | J | | |
| 92.   -LEXINGTON KEYSTONE MANAGED FUTURES FUND | | | J | T | Buy | 11/26/12 | J | | |
| 93.   RENTAL PROPERTY - LEXINGTON KY | D | Rent | L | S | | | | | |
| 94.   CITIZENS BANCORP OF HICKMAN, INC-SHAREHOLDER | A | Distribution | J | W | | | | | |
| 95.   JP MORGAN CHASE ACCOUNT | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ITEMS SOLD ON LINES 6,14,15,16,32,33,34,66,89,90 WERE SOLD AT A LOSS

ITEM ON LINE 95 IS A RESIDENTIAL RENTAL PROPERTY THAT WAS ASSESSED AT A VALUE OF $85,000.

ITEM ON LINE 96 IS A CLOSELY HELD S CORPORATION. IT IS DIFFICULT TO ASSESS THE CURRENT MARKET VALUE THEREFORE THE VALUE HAS BEEN ESTIMATED AT THE END OF THE YEAR.

ITEMS ON LINE 38,88 WERE REPORTED AS "T ROWE PRICE MID CAP GROWTH FUND #47" IN 2011. THE FUND'S NAME HAS CHANGED.

ITEM ON LINE 76, COLUMN D REFLECTS THE TOTAL CHANGE FOR THE SECURITY DURING THE REPORTING PERIOD.

ITEM ON PRIOR YEAR SECTION III, PART B, LINE 2, "PEARSON JUSTICE AND COFFMAN LLC - EQUIPMENT LEASING" LIQUIDATED WITH NO PROCEEDS AND PRODUCED NO INCOME IN 2012.

HONORABLE JENNIFER COFFMAN RETIRED ON JANUARY 9, 2013. THIS THE FINAL RETURN

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JENNIFER B. COFFMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544